THOREY M. BAUER (Bar. No. 234813)
Email: tbauer@sbpc.law
JOHN M. SCHEPPACH (Bar No. 240633)
jmscheppach@sbpc.law
Members of SCHEPPACH BAUER PC
23181 Verdugo Drive, Suite 105-A
Laguna Hills, California  92653
Telephone: (949) 209-8880
Facsimile:  (949) 358-7884

Attorneys for Plaintiffs
STEPHANIE NAVARRETTE,
GUILLERMO HERNANDEZ, and OREL
ZAMORA


MARTIN LAW FIRM, PC
DAVID L. MARTIN, SB No. 253858
dave@employmentdefenselaw.com
SHELLY D. SONG, SB No. 312036
shelly@employmentdefenselaw.com
19800 MacArthur Blvd., Ste. 680
Irvine, CA  92612
Telephone: 949-491-4805

Attorneys for Defendants MY USA
HEALTH, LLC AND JERRY GRIDER

**JS-6**

U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEPHANIE NAVARRETTE, et al.; | CASE NO. 8:22-CV-00698-DOC-ADS |
| Plaintiffs, | **ORDER GRANTING JOINT STIPULATION TO REMAND ACTION TO STATE COURT [11]** |
| v. | |
| MY USA HEALTH, LLC, et al., | |
| Defendants. | |

JOINT STIPULATION TO REMAND ACTION TO STATE COURT

**ORDER**

Upon review of the Parties' stipulation to remand (ECF No. 11), and finding good cause, the Court accepts the stipulation.  Therefore, it is hereby ordered the United States District Court, Central District of California, Case No. 8:22-cv-00698 DOC(ADS) is hereby REMANDED to the Superior Court of California in and for the County of Orange, Case No. 30-2021-01230591-CU-OE-CXC.  KLB National, LLC does not waive any right it may have to remove the case to federal court in the future. Each party to bear its own costs in this Court.

IT IS SO ORDERED.

DATED: April 22, 2022

_David O. Carter_
_____
JUDGE FOR THE CENTRAL
DISTRICT OF CALIFORNIA

JOINT STIPULATION TO REMAND ACTION TO STATE COURT